IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JUSTIN HAMBLIN                                                    PLAINTIFF

v.                           Case No. 11-6026

CAPTAIN STEED, Garland
County Detention Center;
and GARLAND COUNTY, Arkansas                                      DEFENDANTS

## ORDER

Now on this 4th day of March 2013, there comes on for consideration the report and recommendation filed herein on January 30, 2013, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 24). Also before the Court are Defendants' objections (doc. 25).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendants' Motion for Summary Judgment (doc. 15) is GRANTED as to Plaintiff's claims regarding overcrowding, limited number of toilets, no hot water and mold, and lack of exercise. These claims are DISMISSED WITH PREJUDICE. Defendants' Motion (doc. 15) is DENIED as to Plaintiff's claims of unconstitutional living conditions in connection with his sleeping conditions and denial of medical care.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

AO72A
(Rev. 8/82)