IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JUSTIN HAMBLIN                                                    PLAINTIFF

        v.                          Civil No. 11-6026

CAPTAIN STEED, Garland County
Detention Center; and GARLAND
COUNTY, ARKANSAS                                                  DEFENDANT

O R D E R

On this 25th day of June 2013, there comes on for consideration the report and recommendation filed in this case on April 19, 2013, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas.  (Doc. 27).   No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows:  The report and recommendation is proper and should be and hereby is adopted in its entirety.  Accordingly, Plaintiff's Complaint (Doc. 2) is **DISMISSED WITH PREJUDICE** for failure to prosecute and to obey the orders of this Court.  *See* Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2).

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge